818

No. 95–1957. ALASKA v. BABBITT, SECRETARY OF THE INTERIOR, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1958. JACKSON v. CITY OF ATLANTA ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–1959. ABOU-KASSEM v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–1960. SPANG & CO. ET AL. v. BRYTUS ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–1961. HOPKINS v. BALTIMORE GAS & ELECTRIC CO. C. A. 4th Cir. Certiorari denied.

No. 95–1963. RUCKER v. CITICORP SAVINGS OF ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–1964. HINCHLIFFE ET UX. v. TRANSAMERICA FINANCIAL CONSUMER DISCOUNT CO. C. A. 3d Cir. Certiorari denied.

No. 95–1965. BREGAR v. CITY OF CLEVELAND. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 95–1967. SEETHARAMAN v. COMMONWEALTH EDISON CO. C. A. 7th Cir. Certiorari denied.

No. 95–1968. BONO ET UX. v. HAMILTON ET AL. Sup. Ct. Ala. Certiorari denied.

No. 95–1970. SUEHL v. SUEHL. C. A. 8th Cir. Certiorari denied.

No. 95–1971. VILLAGE OF CHAGRIN FALLS, OHIO v. KRUSE ET UX. C. A. 6th Cir. Certiorari denied.

No. 95–1972. CHURCH MUTUAL INSURANCE CO. v. MOUNT CALVARY BAPTIST CHURCH, AKA MOUNT CALVARY BAPTIST CHURCH AND SCHOOL, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1973. GREATER MINISTRIES INTERNATIONAL, INC. v. FLORIDA. Cir. Ct. Hillsborough County, Fla. Certiorari denied.